tinastarrinf

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 31 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00047 |
| Plaintiff, | **INFORMATION** |
| vs. | **THEFT OF GOVERNMENT PROPERTY** [18 U.S.C. § 641] |
| TINA E. STARR, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about and between January 2004 and February 2007, in the District of Guam, the defendant, TINA E. STARR, willfully and knowingly did steal, embezzle and convert to her own use goods and food items, which were property of the United States having a value of less than $1,000.00, said property had come into the possession and under the care of TINA E. STARR by virtue of her employment at Burger King located on Andersen AFB, Guam, said Burger King being a franchise owned and operated by the Army and Air Force Exchange Service (AAFES), in violation of Title18, United States Code, Section 641.

DATED this 25th day of May 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00047**
Same Defendant ___X___ New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __x__ No

Defendant Name _____Tina E. Starr_____

Alias Name _____

Address _____

_____Yigo, Guam_____

Birthdate __Xx/xx/19__ SS# __xxx-xx-6960__ Sex __F__ Race ____ Nationality ____

*RECEIVED MAY 31 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM*

**U.S. Attorney Information:**

SAUSA ___Kristin St. Peter___

Interpreter: __X__ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Theft of Government Property | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __5/25/07__   Signature of AUSA: _____