1
2
3
4
5
6

DISTRICT COURT OF GUAM

7

TERRITORY OF GUAM

8
9

UNITED STATES OF AMERICA,

CRIMINAL CASE NO.  07-00047-001

10

Plaintiff,

vs.

APPOINTMENT ORDER

11
12

TINA E. STARR,

13

Defendant.

14
15

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to

16

represent the defendant in the above-entitled case *nunc pro tunc* to May 25, 2007.

17

Dated this 8th day of June 2007.

18
19
20

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

21
22
23
24
25
26
27
28