JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
TINA E. STARR

**FILED**
DISTRICT COURT OF GUAM

AUG - 9 2007

**JEANNE G. QUINATA**
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00047 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING DATE |
| vs. | ) | |
| | ) | |
| TINA E. STARR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently scheduled for September 7, 2007 at 9:30 a.m. be continued for approximately 30 days or a date convenient for the Court's calendar.

The parties request this continuance as defense counsel will be off-island for personal reasons from August 24, 2007 to September 25, 2007.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 8, 2007.

_____
JOHN T. GORMAN
Attorney for Defendant
TINA E. STARR

_____
KRISTEN ST. PETER
Attorney for Plaintiff
UNITED STATES OF AMERICA