

# ☐ ORIGINAL

tinastarrpsr

**FILED**
DISTRICT COURT OF GUAM

AUG 16 2007 NO

**JEANNE G. QUINATA**
**Clerk of Court**

**FILED**
DISTRICT COURT OF GUAM

AUG 1 8 2007

**JEANNE G. QUINATA**
**Clerk of Court**

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00047 |
| Plaintiff, | ) | |
| vs. | ) | **GOVERNMENT'S STATEMENT** |
| | ) | **ADOPTING FINDINGS OF** |
| TINA E. STARR, | ) | **PRESENTENCE REPORT** |
| Defendant. | ) | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this ___16___ day of August 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney