JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111

Attorney for Defendant
TINA E. STARR

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00047 |
| | ) | |
| Plaintiff, | ) | ORDER re: STIPULATION TO |
| | ) | CONTINUE SENTENCING HEARING |
| vs. | ) | DATE |
| | ) | |
| TINA E. STARR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS SO ORDERED that the Sentencing Hearing currently scheduled for September 7, 2007 at 9:30 a.m. is hereby continued to October 4, 2007, at 9:30 a.m.

SO ORDERD.



/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated:  Aug 21, 2007**