PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

# NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| **TO**: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM**: | Judy Anne L. Ocampo, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[X] **Original Notice**     [ ] **Notice of Disposition**

Date: **June 8, 2007**     Date:
By: **Joaquin V.E. Manibusan, Jr.**     By:
    **U.S. Magistrate Judge**

| Defendant: | **STARR, Tina Erickson** | Case Number: | **CRIMINAL CASE #07-00047-001** |
| Date of Birth: | **XX-XX-1981** | Place of Birth: | **Tamuning, Guam - USA** |
| SSN: | **XXX-XX-6960** | | |

====================================================================

**NOTICE OF COURT ORDER** (Order Date: **June 8, 2007**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    □ Not Convicted - PS40/Passport returned to defendant.
    □ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    □ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)