# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00047          DATE: October 04, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 9:53:25 - 10:06:10
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Tina E. Starr          Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Kristin St. Peter       U.S. Agent: Louis Rivera, Investigator
U.S. Probation: Stephen Guilliot       U.S. Marshal: V. Roman / D. Punzalan
Interpreter:                           Language:

**PROCEEDINGS:** Sentencing
- Defendant sentenced to probation for a term of Two Years, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant ordered to pay restitution in the amount of $1,760.00
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant may move to reduce her probationary period to one year after satisfaction of her restitution payments.
- Defendant to remain released.

NOTES: